IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Appellee ) | |
| ) | No. 15-4126 |
| vs. ) | |
| ) | |
| ERIC LAMONT SMITH, ) | MOTION FOR OVERSIZE |
| ) | JOINT APPENDIX |
| Appellant ) | |

James B. Craven III, counsel for the appellant, Eric Lamont Smith, respectfully shows the Court that:

1. This case stems from a three day jury trial, with contested sentencing issues.

2. The Joint Appendix contains 581 pages, 81 pages more than the 500 page norm.

3. The Government has no objection to this motion.

WHEREFORE the appellant respectfully prays the Court for leave to file an oversized Joint Appendix of 581 pages with his opening brief, due May 20, 2015.

                                              Respectfully submitted,

                                              /s/ James B. Craven III
                                              James B. Craven III
                                              Attorney for the Appellant
                                              NCSB 997
                                              (919) 688-8295
                                              P.O. Box 1366
                                              Durham, NC  27702
                                              JBC64@MINDSPRING.COM

CERTIFICATE OF SERVICE

I have this day served Government counsel electronically:

>Jennifer P. May-Parker, Esquire
>United States Attorney
>United States Courthouse, Suite 800
>310 New Bern Avenue
>Raleigh, NC 27601

This 30th day of April 2015.

>/s/ James B. Craven III
>James B. Craven III